UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-31756-H2-7 |
| | § | |
| Lucky Soil Investment LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $387,510.44 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $489,206.12 | | |

3) Total gross receipts of $876,674.56 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $876,674.56 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,064,804.20 | $69,546.17 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $275,585.53 | $275,585.53 | $275,585.53 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $213,620.59 | $213,620.59 | $213,620.59 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $7,209,183.00 | $5,112,065.62 | $1,226,258.57 | $387,510.44 |
| **Total Disbursements** | $9,273,987.20 | $5,670,817.91 | $1,715,464.69 | $876,716.56 |

4). This case was originally filed under chapter 11 on 04/04/2016. The case was converted to one under Chapter 7 on 08/03/2016. The case was pending for 48 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2020          By: /s/ Ronald J. Sommers
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Funds on Deposit | 1229-000 | $11,978.99 |
| Furniture, Fixtures & Equipment at Cathy Sew Factory | 1229-000 | $6,070.00 |
| Miscellaneous Refunds | 1229-000 | $186.72 |
| Verbally-Agreed-Upon Sanctions to avoid a severe court-ordered sanction | 1229-000 | $18,000.00 |
| Adv. #16-03270; RJS, Trustee vs. ADK Interests, LLC, et. al | 1241-000 | $30,000.00 |
| Adv. #17-03035; RJS, Trustee v. Nguyen and The Royal Carribbean | 1241-000 | $12,000.00 |
| Adv. #17-03062; RJS, Trustee vs. The Ryerson Law Firm, P.C. | 1241-000 | $3,000.00 |
| Adv. #17-03200; RJS, Trustee vs. American Bank of Commerce, et al. | 1241-000 | $120,000.00 |
| Turnover of Funds After Conversion from Chapter 11 Proceeding | 1290-010 | $675,438.85 |
| **TOTAL GROSS RECEIPTS** | | **$876,674.56** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Southwest Mgmt Dist | 4110-000 | $5,915.86 | $5,915.86 | $0.00 | $0.00 |
| 2 | Harris County et al | 4110-000 | $58,888.34 | $58,888.34 | $0.00 | $0.00 |
| 3 | REGENCY SQUARE IMPROVEMENT ASSOCIATION | 4110-000 | $0.00 | $4,741.97 | $0.00 | $0.00 |
| | Kimyen Investments, LLC | 4110-000 | $2,000,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,064,804.20** | **$69,546.17** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $26,300.24 | $26,300.24 | $26,300.24 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | NA | $521.62 | $521.62 | $521.62 |
| Green Bank | 2600-000 | NA | $19,640.43 | $19,640.43 | $19,640.43 |
| U.S. Trustee Office | 2950-000 | NA | $10,075.00 | $10,075.00 | $10,075.00 |
| Bank of America | 2990-000 | NA | $86.13 | $86.13 | $86.13 |
| Carol Davis Reporting, Records & Video, Inc. | 2990-000 | NA | $6,012.17 | $6,012.17 | $6,012.17 |
| Clerk, U.S. Bankruptcy Court | 2990-000 | NA | $11.00 | $11.00 | $11.00 |
| Crossword Translation | 2990-000 | NA | $1,577.50 | $1,577.50 | $1,577.50 |
| Dallas County, Precinct One | 2990-000 | NA | $140.00 | $140.00 | $140.00 |
| DepoTexas | 2990-000 | NA | $344.41 | $344.41 | $344.41 |
| Encase Legal | 2990-000 | NA | $3,915.85 | $3,915.85 | $3,915.85 |
| Phuong Huynh | 2990-000 | NA | $55.23 | $55.23 | $55.23 |
| Proactive Legal Solutions | 2990-000 | NA | $356.90 | $356.90 | $356.90 |
| Stewart Title Company | 2990-000 | NA | $216.50 | $216.50 | $216.50 |
| Attorney for Trustee | 3110-000 | NA | $165,811.70 | $165,811.70 | $165,811.70 |
| Attorney for Trustee | 3120-000 | NA | $7,486.62 | $7,486.62 | $7,486.62 |
| Accountant for Trustee | 3410-000 | NA | $4,851.50 | $4,851.50 | $4,851.50 |
| Carr, Riggs & Ingram, Special Accountant for Trustee | 3410-580 | NA | $24,068.00 | $24,068.00 | $24,068.00 |
| Accountant for Trustee | 3420-000 | NA | $54.23 | $54.23 | $54.23 |
| Webster's Auction Palace, Inc., Auctioneer for Trustee | 3610-000 | NA | $910.50 | $910.50 | $910.50 |
| William G. West, P.C., Other Professional | 3991-000 | NA | $3,150.00 | $3,150.00 | $3,150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $275,585.53 | $275,585.53 | $275,585.53 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee, Trustee | 6101-000 | NA | $97,665.25 | $97,665.25 | $97,665.25 |
| Other Professional | 6700-000 | NA | $31,466.15 | $31,466.15 | $31,466.15 |
| Examiner | 6700-380 | NA | $83,365.00 | $83,365.00 | $83,365.00 |
| Examiner | 6710-390 | NA | $1,124.19 | $1,124.19 | $1,124.19 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | NA | $213,620.59 | $213,620.59 | $213,620.59 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Kone Inc | 7100-000 | $1,183.00 | $1,148.11 | $1,148.11 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 4; Kone Inc) | 7100-001 | $0.00 | $0.00 | $0.00 | $405.54 |
| 5 | Vu Thi Lai | 7100-000 | $2,785,000.00 | $2,600,000.00 | $0.00 | $0.00 |
| 6 | Thi Bich Ly | 7100-000 | $2,785,000.00 | $185,000.00 | $0.00 | $0.00 |
| 7 | Cao Thi Kim Ngan | 7100-000 | $471,000.00 | $471,000.00 | $471,000.00 | $149,140.33 |
| 8 | Internal Revenue Service | 7100-000 | $0.00 | $7,020.00 | $7,020.00 | $2,222.86 |
| 9 | Cathy Nguyen | 7100-000 | $0.00 | $356,037.23 | $0.00 | $0.00 |
| 10 | Huy Dao | 7100-000 | $700,000.00 | $700,000.00 | $700,000.00 | $221,652.29 |
| 11 | VLAM PROPERTY MANAGEMENT | 7100-000 | $0.00 | $32,567.82 | $32,567.82 | $10,312.47 |
| 12 | DRDA, PLLC | 7100-000 | $0.00 | $4,374.50 | $4,374.50 | $1,385.17 |
| 13 | Hudson Energy Services, LLC | 7100-000 | $0.00 | $7,553.49 | $7,553.49 | $2,391.78 |
| 14 | ADK Interests, Inc. | 7100-000 | $467,000.00 | $477,407.32 | $0.00 | $0.00 |
| 15 | Ryerson & Associates PC | 7100-000 | $0.00 | $17,362.50 | $0.00 | $0.00 |
| 16 | Carlos Ryerson | 7100-000 | $0.00 | $250,000.00 | $0.00 | $0.00 |
| 17 | CITY OF HOUSTON TEXAS | 7200-000 | $0.00 | $2,594.65 | $2,594.65 | $0.00 |
| | Gamal, Dang & Associates | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Hang Vinh Nguyen | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Romano & Summer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Warren Wills | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,209,183.00 | $5,112,065.62 | $1,226,258.57 | $387,510.44 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 16-31756-H2-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | Date Filed (f) or Converted (c): | 08/03/2016 (c) |
| For the Period Ending: | 8/12/2020 | §341(a) Meeting Date: | 10/05/2016 |
| | | Claims Bar Date: | 11/15/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Turnover of Funds After Conversion from Chapter 11 Proceeding (u) | $674,906.81 | $675,438.85 | | $675,438.85 | FA |
| 2 | Funds on Deposit (u) | $7,712.95 | $11,978.99 | | $11,978.99 | FA |
| 3 | Miscellaneous Refunds (u) | $0.00 | $186.72 | | $186.72 | FA |
| 4 | Adv. #16-03270; RJS, Trustee vs. ADK Interests, LLC, et. al (u) | $0.00 | $30,000.00 | | $30,000.00 | FA |
| 5 | Adv. #17-03003; RJS, Trustee v. Golden Compass Group, LP (u) | $0.00 | $0.00 | | $0.00 | FA |
| 6 | Adv. #17-03004; Sommers v. Cathy Sew Factory, LLC (u) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Adv. #17-03005; RJS, Trustee v. Nguyen, et. al (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | #15 03/10/17 - Adv. dismissed | | | | | |
| 8 | Adv. #17-03006; RJS, Trustee v. Nguyen, et. al (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | #14 03/10 17 - Adv. dismissed | | | | | |
| 9 | Adv. #17-03035; RJS, Trustee v. Nguyen and The Royal Carribbean (u) | $0.00 | $12,000.00 | | $12,000.00 | FA |
| 10 | Furniture, Fixtures & Equipment at Cathy Sew Factory (u) | $0.00 | $6,070.00 | | $6,070.00 | FA |
| 11 | Adv. #17-03062; RJS, Trustee vs. The Ryerson Law Firm, P.C. (u) | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 12 | Verbally-Agreed-Upon Sanctions to avoid a severe court-ordered sanction (u) | $0.00 | $18,000.00 | | $18,000.00 | FA |
| 13 | Adv. #17-03200; RJS, Trustee vs. American Bank of Commerce, et al. (u) | $0.00 | $120,000.00 | | $120,000.00 | FA |
| Asset Notes: | #235 07/25/18 | | | | | |
| 14 | Adv. No. 18-03045; RJS vs. Cathy's Cleaners Downtown, Inc. (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | #235 07/25/18 This adversary was jointly settled with Adv. No. 17-03200 (Asset #13) and funds collected are recorded in Asset #13 | | | | | |
| 15 | 7171 Harwin Dr. Houston, TX 77036 | $0.00 | $0.00 | | $0.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 16-31756-H2-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | Date Filed (f) or Converted (c): | 08/03/2016 (c) |
| For the Period Ending: | 8/12/2020 | §341(a) Meeting Date: | 10/05/2016 |
| | | Claims Bar Date: | 11/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Asset Notes:   Asset sold in the Chapter 11 proceeding

**TOTALS (Excluding unknown value)**                                                                                                                             **Gross Value of Remaining Assets**
                              $682,619.76            $876,674.56                    $876,674.56                    $0.00

**Major Activities affecting case closing:**

| 08/12/2020 | TDR SUBMITTED |
| 04/29/2020 | AMENDED APPLICATION TO DEPOSIT UNCLAIMED FUNDS FILED WITH THE COURT. |
| 09/10/2019 | TFR submitted |
| 03/30/2019 | There are two motions pending: (1) Motion To Compromise with Nancy Kim Nguyen [Docket #257] and (2) Motion Requesting Finding of Contempt and Sanctions [Docket #258] with regards to the non-payment of the Ryerson settlement.  Once these are resolved and payments received, the Trustee's attorney and accountant will file their final fee applications and the Trustee will submit the TFR. |
| 09/30/2017 | The Trustee is in the litigation phase of this case. There are three adversary proceedings remaining, and the Trustee anticipates that they will be completed the first half of 2018. Then, the Trustee anticipates filing objections to claims. |
| 02/09/2017 | Trustee is pursuing preference/fraudulent transfer/avoidance actions and has filed 6 adversary proceedings. |
| 09/30/2016 | Trustee is conducting discovery and investigating claims to the funds from the proceeds of sale of the building prior to conversion. |

**Initial Projected Date Of Final Report (TFR):**   12/31/2017        **Current Projected Date Of Final Report (TFR):**   07/31/2019        /s/ RONALD J. SOMMERS
                                                                                                                                                        RONALD J. SOMMERS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2016 | (1) | Lucky Soil Investment LLC Chapter 11 Proceeding | Turnover of funds after conversion | 1290-010 | $674,906.81 | | $674,906.81 |
| 08/29/2016 | (1) | Lucky Soil Investment LLC Chapter 11 | Turnover of funds from Chapter 11 proceeding | 1290-010 | $532.04 | | $675,438.85 |
| 08/31/2016 | (2) | Wells Fargo | Funds on Deposit | 1229-000 | $11,978.99 | | $687,417.84 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $70.31 | $687,347.53 |
| 09/20/2016 | | Transfer To: #*********5603 | Transfer segregated disputed funds | 9999-000 | | $477,407.32 | $209,940.21 |
| 09/20/2016 | 1000 | Crossword Translation | #203 02/28/18 Inv. #16081701 Vietnamese Interpreter for Depo of Nancy Nguyen | 2990-000 | | $395.00 | $209,545.21 |
| 09/20/2016 | 1001 | Proactive Legal Solutions | Inv. #435196 Subpoena Service on Hang Vinh Nguyen | 2990-000 | | $198.90 | $209,346.31 |
| 09/20/2016 | 1002 | Carol Davis Reporting, Records & Video, Inc. | #203 02/28/18 Inv. #169847 Depo of Vicki Hiep Lam | 2990-000 | | $1,126.59 | $208,219.72 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $821.35 | $207,398.37 |
| 10/03/2016 | 1003 | Carol Davis Reporting, Records & Video, Inc. | #203 02/28/18 Inv. #169827 Transcript of Nancy Kim Nguyen | 2990-000 | | $627.21 | $206,771.16 |
| 10/03/2016 | 1004 | Carol Davis Reporting, Records & Video, Inc. | #203 02/28/18 Inv. #169901 Transcript of Paul Rosario | 2990-000 | | $780.96 | $205,990.20 |
| 10/10/2016 | 1005 | Phuong Huynh | Witness Fee ($40) Mileage: 14.1 x2=28.2 miles x .54 =$15.23 | 2990-000 | | $55.23 | $205,934.97 |
| 10/13/2016 | 1006 | Nathan Sommers Jacobs, A Professional Corporation | #139 10/12/16 Chapter 11 Attorney Fees & Expenses | * | | $31,466.15 | $174,468.82 |
| | | | $(30,779.00) | 6700-000 | | | $174,468.82 |
| | | | $(687.15) | 6700-000 | | | $174,468.82 |
| 10/17/2016 | 1007 | Stewart Title Company | Inv. #22570 O&E Report | 2990-000 | | $216.50 | $174,252.32 |
| | | | SUBTOTALS | | $687,417.84 | $513,165.52 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-31756-H2-7 | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2016 | 1008 | Crossword Translation | #203 02/28/18<br>Inv. #16100501<br>Interpreting Services for 2004 exam of Cathy Nguyen | 2990-000 | | $555.00 | $173,697.32 |
| 10/27/2016 | 1009 | Crossword Translation | #203 02/28/18<br>Inv. #16100301<br>Interpreting Services for 2004 exam of Vu Thi Lai | 2990-000 | | $627.50 | $173,069.82 |
| 10/27/2016 | 1010 | Carol Davis Reporting, Records & Video, Inc. | #203 02/28/18<br>Inv. #169942<br>Transcript of Vu Thi Lai and Cathy Nguyen (Vol 2) 2004 exams | 2990-000 | | $1,525.05 | $171,544.77 |
| 10/27/2016 | 1011 | Carol Davis Reporting, Records & Video, Inc. | #203 02/28/18<br>Inv. #169941<br>Transcript of Cathy Nguyen 2004 exam (Vol. 1) | 2990-000 | | $1,279.43 | $170,265.34 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $287.33 | $169,978.01 |
| 11/01/2016 | 1012 | International Sureties, Ltd. | Bond #016071777<br>Chapter 7 Blanket Bond Region 7 | 2300-000 | | $203.18 | $169,774.83 |
| 11/11/2016 | 1013 | Bank of America | Inv. #455900 | 2990-000 | | $86.13 | $169,688.70 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $266.99 | $169,421.71 |
| 11/30/2016 | 1014 | William G. West | #148 11/29/16<br>Examiner Fees & Expenses | * | | $65,444.43 | $103,977.28 |
| | | | $(64,870.00) | 6700-380 | | | $103,977.28 |
| | | | $(574.43) | 6710-390 | | | $103,977.28 |
| 12/05/2016 | 1015 | Carol Davis Reporting, Records & Video, Inc. | #281 10/20/19<br>Inv. #169981<br>Transcript of Phuong Huynh | 2990-000 | | $672.93 | $103,304.35 |
| 12/15/2016 | 1016 | Encase Legal | #281 10/20/19<br>Job No. 1007<br>Deposition of Hang Vinh Nguyen | 2990-000 | | $675.20 | $102,629.15 |
| 12/15/2016 | 1017 | Proactive Legal Solutions | Inv. #437024<br>Subpoena Service on Hang Vinh Nguyen | 2990-000 | | $158.00 | $102,471.15 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $167.12 | $102,304.03 |
| | | | SUBTOTALS | | $0.00 | $71,948.29 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2017 | (12) | Bank of America | Reimbursement for Attorney and Accountant fees. (Sanctions)<br>(Payor was actually Cathy Nguyen - cashier's check was from Bank of America) | 1229-000 | $18,000.00 | | $120,304.03 |
| 01/03/2017 | 1018 | DepoTexas | Inv. #430547<br>Transcript of Lee Stooksberry | 2990-000 | | $344.41 | $119,959.62 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $191.03 | $119,768.59 |
| 02/06/2017 | (3) | Republic Services, Inc. | Refund | 1229-000 | $186.72 | | $119,955.31 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $174.79 | $119,780.52 |
| 03/16/2017 | 1019 | Encase Legal | #281 10/20/19<br>Inv. #5083<br>Depo of Alfred Annuziato | 2990-000 | | $335.00 | $119,445.52 |
| 03/16/2017 | 1020 | Encase Legal | #281 10/20/19<br>Inv. #5082<br>Depo. of Alfred Annuziato | 2990-000 | | $530.25 | $118,915.27 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $205.17 | $118,710.10 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $173.02 | $118,537.08 |
| 05/15/2017 | (10) | Webster's Auction Palace, Inc. | #176 04/07/17 / Rpt of Sale #197 10/23/17<br>Auction Proceeds | 1229-000 | $6,070.00 | | $124,607.08 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $196.65 | $124,410.43 |
| 06/07/2017 | 1021 | Nathan Sommers Jacobs, P.C. | #185 06/07/17<br>Attorney Fees & Expenses | * | | $69,361.34 | $55,049.09 |
| | | | $(64,657.25) | 3110-000 | | | $55,049.09 |
| | | | $(4,704.09) | 3120-000 | | | $55,049.09 |
| 06/26/2017 | 1022 | Encase Legal | #281 10/20/19<br>Inv. #5299<br>Deposition of Tri Nguyen | 2990-000 | | $458.75 | $54,590.34 |
| 06/27/2017 | 1023 | Encase Legal | #281 10/20/19<br>Inv. #5318<br>Deposition of Cathy Nguyen | 2990-000 | | $1,099.25 | $53,491.09 |
| | | | SUBTOTALS | | $24,256.72 | $73,069.66 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-31756-H2-7 | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $120.58 | $53,370.51 |
| 07/06/2017 | 1024 | Webster's Auction Palace, Inc. | #176 04/07/17<br>Auctioneer Fees | 3610-000 | | $910.50 | $52,460.01 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $79.94 | $52,380.07 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $84.52 | $52,295.55 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $84.38 | $52,211.17 |
| 09/29/2017 | 1025 | Nathan Sommers Jacobs, P.C. | #191 09/28/17<br>Attorney Fees & Expenses | * | | $17,557.72 | $34,653.45 |
| | | | $(16,617.45) | 3110-000 | | | $34,653.45 |
| | | | $(940.27) | 3120-000 | | | $34,653.45 |
| 10/02/2017 | (9) | Cathy Nguyen | #198 11/13/17<br>Settlement of Adversary with Royal Carribbean | 1241-000 | $7,000.00 | | $41,653.45 |
| 10/23/2017 | 1026 | William G. West, Examiner | #195 10/11/17<br>Examiner Fees & Expenses | * | | $19,044.76 | $22,608.69 |
| | | | $(18,495.00) | 6700-380 | | | $22,608.69 |
| | | | $(549.76) | 6710-390 | | | $22,608.69 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $60.09 | $22,548.60 |
| 11/02/2017 | 1027 | International Sureties, Ltd. | Chapter 7 Trustee Blanket Bond | 2300-000 | | $176.00 | $22,372.60 |
| 11/14/2017 | (9) | Royal Caribbean Cruises LTD. | Mtn to approve compromise | 1241-000 | $5,000.00 | | $27,372.60 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $38.89 | $27,333.71 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $44.10 | $27,289.61 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $44.03 | $27,245.58 |
| 02/22/2018 | 1028 | Encase Legal | #281 10/20/19<br>Inv. #5961<br>Deposition of American Bank Rep. Jeff Christner | 2990-000 | | $817.40 | $26,428.18 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $39.71 | $26,388.47 |
| 03/06/2018 | | Transfer From: #*********5603 | Segregated Disputed Funds; Do not charge monthly service charge | 9999-000 | $464,478.84 | | $490,867.31 |
| 03/06/2018 | 1029 | Clerk, U.S. Bankruptcy Court | Filing Fee for Abstract of Judgment (Adv. 16-03270) | 2990-000 | | $11.00 | $490,856.31 |
| | | | **SUBTOTALS** | | $476,478.84 | $39,113.62 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $43.98 | $490,812.33 |
| 04/23/2018 | 1030 | Dallas County, Precinct One | Service of Writ of Garnishment (JP Morgan Chase Bank, NA) | 2990-000 | | $140.00 | $490,672.33 |
| 04/23/2018 | 1031 | Carlos Lopez, Constable Precinct 5 | Service of Writ of Garnishment (Wells Fargo Bank, NA) | 2990-000 | | $115.00 | $490,557.33 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $547.49 | $490,009.84 |
| 05/08/2018 | 1032 | Nathan Sommers Jacobs, P.C. | #228 05/07/18 Attorney Fees & Expenses | * | | $48,437.22 | $441,572.62 |
| | | | $(46,951.50) | 3110-000 | | | $441,572.62 |
| | | | $(1,485.72) | 3120-000 | | | $441,572.62 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $750.62 | $440,822.00 |
| 06/19/2018 | (11) | Carlos Ryerson | Settlement Payment issues w/remote deposit; re-deposited in August | 1241-000 | $300.00 | | $441,122.00 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $711.53 | $440,410.47 |
| 07/10/2018 | (11) | Carlos Ryerson | Prefernce Settlement Payment | 1241-000 | $300.00 | | $440,710.47 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $687.80 | $440,022.67 |
| 08/09/2018 | (11) | Carlos Ryerson | NSF Check Settlement Payment | 1241-000 | $300.00 | | $440,322.67 |
| 08/16/2018 | (11) | DEP REVERSE: Carlos Ryerson | Settlement Payment issues w/remote deposit; re-deposited in August | 1241-000 | ($300.00) | | $440,022.67 |
| 08/16/2018 | 1031 | STOP PAYMENT: Carlos Lopez, Constable Precinct 5 | Service of Writ of Garnishment (Wells Fargo Bank, NA) | 2990-004 | | ($115.00) | $440,137.67 |
| 08/27/2018 | (11) | DEP REVERSE: Carlos Ryerson | NSF Check Settlement Payment | 1241-000 | ($300.00) | | $439,837.67 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $778.53 | $439,059.14 |
| 09/10/2018 | (13) | North Star Title Company, LLC | #235 07/25/18 Settlement Payment | 1241-000 | $120,000.00 | | $559,059.14 |
| 09/11/2018 | 1033 | William G. West, P.C. | #245 09/06/18 | 3991-000 | | $3,150.00 | $555,909.14 |
| 10/02/2018 | (11) | Carlos Ryerson | NSF Check Settlement Payment | 1241-000 | $300.00 | | $556,209.14 |

|  |  |  |  | SUBTOTALS | $120,600.00 | $55,247.17 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2018 | (11) | DEP REVERSE: Carlos Ryerson | NSF Check<br>Settlement Payment | 1241-000 | ($300.00) | | $555,909.14 |
| 10/25/2018 | 1034 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Trustee bond | 2300-000 | | $142.44 | $555,766.70 |
| 11/28/2018 | 1035 | Carr, Riggs & Ingram | #253 11/21/18<br>Accountant Fees | 3410-580 | | $24,068.00 | $531,698.70 |
| 02/13/2019 | (11) | Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | $300.00 | | $531,998.70 |
| 02/13/2019 | (11) | Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | $300.00 | | $532,298.70 |
| 02/13/2019 | (11) | Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | $300.00 | | $532,598.70 |
| 02/13/2019 | (11) | Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | $300.00 | | $532,898.70 |
| 02/13/2019 | (11) | Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | $300.00 | | $533,198.70 |
| 02/13/2019 | (11) | Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | $300.00 | | $533,498.70 |
| 02/26/2019 | (11) | DEP REVERSE: Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | ($300.00) | | $533,198.70 |
| 02/26/2019 | (11) | DEP REVERSE: Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | ($300.00) | | $532,898.70 |
| 02/26/2019 | (11) | DEP REVERSE: Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | ($300.00) | | $532,598.70 |
| 02/26/2019 | (11) | DEP REVERSE: Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | ($300.00) | | $532,298.70 |
| 02/26/2019 | (11) | DEP REVERSE: Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | ($300.00) | | $531,998.70 |
| 02/26/2019 | (11) | DEP REVERSE: Carlos Ryerson | NSF CHECK<br>Settlement Payment | 1241-000 | ($300.00) | | $531,698.70 |
| 03/04/2019 | (11) | Carlos Ryerson | Replacement Settlement Payment | 1241-000 | $300.00 | | $531,998.70 |
| | | | **SUBTOTALS** | | $0.00 | $24,210.44 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2019 | | Green Bank | 6 $7.00 bank charges made on 02/19/19 for the 6 NSF checks (request was made to reverse charges) | 2600-000 | | $42.00 | $531,956.70 |
| 04/30/2019 | (4) | Law Office of Hung Michael Nguyen | #267 04/11/19 Settlement | 1241-000 | $30,000.00 | | $561,956.70 |
| 04/30/2019 | (4) | Law Office of Hung Michael Nguyen | Settlement - mistakenly entered twice due to computer error | 1241-000 | $30,000.00 | | $591,956.70 |
| 04/30/2019 | (4) | DEP REVERSE: Law Office of Hung Michael Nguyen | Settlement - mistakenly entered twice due to computer error | 1241-000 | ($30,000.00) | | $561,956.70 |
| 05/22/2019 | (11) | Mary Ryerson | NSF Check Replacement Check for all NSF checks Settlement Payment | 1241-000 | $2,400.00 | | $564,356.70 |
| 05/28/2019 | (11) | DEP REVERSE: Mary Ryerson | NSF Check Replacement Check for all NSF checks Settlement Payment | 1241-000 | ($2,400.00) | | $561,956.70 |
| 05/28/2019 | (11) | Debra Frost | Replacement Check for NSF Check of $2400 | 1241-000 | $1,200.00 | | $563,156.70 |
| 05/28/2019 | (11) | The Ryerson Law Firm, P.C. | Replacement Check for NSF Check of $2400 | 1241-000 | $1,200.00 | | $564,356.70 |
| 06/24/2019 | 1036 | Nathan Sommers Jacobs, P.C. | #272 06/20/19 Attorney Fees & Expenses | * | | $37,942.04 | $526,414.66 |
| | | | $(37,585.50) | 3110-000 | | | $526,414.66 |
| | | | $(356.54) | 3120-000 | | | $526,414.66 |
| 10/01/2019 | 1037 | Munshi CPA, P.C. | #279 10/01/19 Accountant Fees & Expenses | * | | $4,905.73 | $521,508.93 |
| | | | $(4,851.50) | 3410-000 | | | $521,508.93 |
| | | | $(54.23) | 3420-000 | | | $521,508.93 |
| 10/22/2019 | 1038 | Ronald J. Sommers, Trustee | #282 10/20/19 Chapter 11 Trustee Fees | 6101-000 | | $97,665.25 | $423,843.68 |
| 01/16/2020 | 1039 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $26,300.24 | $397,543.44 |
| 01/16/2020 | 1040 | Kone Inc | Final Distribution on Claim #: 4; Amount Claimed: 1,148.11; Amount Allowed: 1,148.11; Claim #: 4; | 7100-000 | | $363.54 | $397,179.90 |

|  |  |  | SUBTOTALS | | $32,400.00 | $167,218.80 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/16/2020 | 1041 | Cao Thi Kim Ngan | Final Distribution on Claim #: 7; Amount Claimed: 471,000.00; Amount Allowed: 471,000.00; Claim #: 7; | 7100-000 | | $149,140.33 | $248,039.57 |
| 01/16/2020 | 1042 | Internal Revenue Service | Final Distribution on Claim #: 8; Amount Claimed: 7,020.00; Amount Allowed: 7,020.00; Claim #: 8; | 7100-000 | | $2,222.86 | $245,816.71 |
| 01/16/2020 | 1043 | Huy Dao | Final Distribution on Claim #: 10; Amount Claimed: 700,000.00; Amount Allowed: 700,000.00; Claim #: 10; | 7100-000 | | $221,652.29 | $24,164.42 |
| 01/16/2020 | 1044 | VLAM PROPERTY MANAGEMENT | Final Distribution on Claim #: 11; Amount Claimed: 32,567.82; Amount Allowed: 32,567.82; Claim #: 11; | 7100-000 | | $10,312.47 | $13,851.95 |
| 01/16/2020 | 1045 | DRDA, PLLC | Final Distribution on Claim #: 12; Amount Claimed: 4,374.50; Amount Allowed: 4,374.50; Claim #: 12; | 7100-000 | | $1,385.17 | $12,466.78 |
| 01/16/2020 | 1046 | Hudson Energy Services, LLC | Final Distribution on Claim #: 13; Amount Claimed: 7,553.49; Amount Allowed: 7,553.49; Claim #: 13; | 7100-000 | | $2,391.78 | $10,075.00 |
| 01/16/2020 | 1047 | U.S. Trustee Office | Final Distribution on Claim #: 18; Amount Claimed: 10,075.00; Amount Allowed: 10,075.00; Claim #: 18; | 2950-000 | | $10,075.00 | $0.00 |
| 03/18/2020 | 1043 | STOP PAYMENT: Huy Dao | Final Distribution on Claim #: 10; Amount Claimed: 700,000.00; Amount Allowed: 700,000.00; Claim #: 10; | 7100-004 | | ($221,652.29) | $221,652.29 |
| 03/18/2020 | 1048 | Huy Dao | Final Distribution on Claim #: 10; Amount Claimed: 700,000.00; Amount Allowed: 700,000.00; Claim #: 10; | 7100-000 | | $221,652.29 | $0.00 |
| 04/29/2020 | | Veritex Bank | Refund of NSF Fees | 1270-002 | $42.00 | | $42.00 |
| 04/29/2020 | 1040 | STOP PAYMENT: Kone Inc | Final Distribution on Claim #: 4; Amount Claimed: 1,148.11; Amount Allowed: 1,148.11; Claim #: 4; | 7100-004 | | ($363.54) | $405.54 |
| 04/29/2020 | 1044 | VOID: VLAM PROPERTY MANAGEMENT | Stale-dated check returned in the mail | 7100-003 | | ($10,312.47) | $10,718.01 |
| 04/29/2020 | 1049 | VLAM PROPERTY MANAGEMENT | Final Distribution on Claim #: 11; Amount Claimed: 32,567.82; Amount Allowed: 32,567.82; Claim #: 11; | 7100-000 | | $10,312.47 | $405.54 |
| 04/29/2020 | 1050 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds Final Distribution on Claim #: 4; Amount Claimed: 1,148.11; Amount Allowed: 1,148.11; Claim #: 4; | 7100-001 | | $405.54 | $0.00 |
| | | | **SUBTOTALS** | | $42.00 | $397,221.90 | |

Page No: 9   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5602 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/19/2020 | 1050 | STOP PAYMENT: CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds  Final Distribution on Claim #: 4; Amount Claimed: 1,148.11; Amount Allowed: 1,148.11;  Claim #: 4; | 7100-004 | | ($405.54) | $405.54 |
| 06/19/2020 | 1051 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds  Final Distribution on Claim #: 4; Amount Claimed: 1,148.11; Amount Allowed: 1,148.11;  Claim #: 4; | 7100-001 | | $405.54 | $0.00 |
| | | | TOTALS: | | $1,341,195.40 | $1,341,195.40 | $0.00 |
| | | | Less: Bank transfers/CDs | | $464,478.84 | $477,407.32 | |
| | | | Subtotal | | $876,716.56 | $863,788.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $876,716.56 | $863,788.08 | |

| For the period of 4/4/2016 to 8/12/2020 | | For the entire history of the account between 08/29/2016 to 8/12/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $876,674.56 | Total Compensable Receipts: | $876,674.56 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $876,674.56 | Total Comp/Non Comp Receipts: | $876,674.56 |
| Total Internal/Transfer Receipts: | $464,478.84 | Total Internal/Transfer Receipts: | $464,478.84 |
| Total Compensable Disbursements: | $863,788.08 | Total Compensable Disbursements: | $863,788.08 |
| Total Non-Compensable Disbursements: | $42.00 | Total Non-Compensable Disbursements: | $42.00 |
| Total Comp/Non Comp Disbursements: | $863,830.08 | Total Comp/Non Comp Disbursements: | $863,830.08 |
| Total Internal/Transfer Disbursements: | $477,407.32 | Total Internal/Transfer Disbursements: | $477,407.32 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- | --- |
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5603 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Segregated Funds |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/20/2016 | | Transfer From: #*********5602 | Transfer segregated disputed funds | 9999-000 | $477,407.32 | | $477,407.32 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $323.06 | $477,084.26 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $720.20 | $476,364.06 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $743.91 | $475,620.15 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $767.50 | $474,852.65 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $766.26 | $474,086.39 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $690.99 | $473,395.40 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $813.20 | $472,582.20 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $688.80 | $471,893.40 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $761.49 | $471,131.91 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $784.78 | $470,347.13 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $710.03 | $469,637.10 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $757.85 | $468,879.25 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $756.62 | $468,122.63 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $731.04 | $467,391.59 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $729.89 | $466,661.70 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $753.05 | $465,908.65 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $751.83 | $465,156.82 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $677.98 | $464,478.84 |
| 03/06/2018 | | Transfer To: #*********5602 | Segregated Disputed Funds; Do not charge monthly service charge | 9999-000 | | $464,478.84 | $0.00 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $773.70 | ($773.70) |
| 04/02/2018 | | Green Bank | Reverse bank fee | 2600-000 | | ($773.70) | $0.00 |

SUBTOTALS   $477,407.32   $477,407.32

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-31756-H2-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | | Checking Acct #: | ******5603 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Segregated Funds |
| For Period Beginning: | 4/4/2016 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $477,407.32 | $477,407.32 | $0.00 |
| | | | Less: Bank transfers/CDs | | $477,407.32 | $464,478.84 | |
| | | | Subtotal | | $0.00 | $12,928.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $12,928.48 | |

| For the period of 4/4/2016 to 8/12/2020 | | For the entire history of the account between 09/20/2016 to 8/12/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $477,407.32 | Total Internal/Transfer Receipts: | $477,407.32 |
| Total Compensable Disbursements: | $12,928.48 | Total Compensable Disbursements: | $12,928.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,928.48 | Total Comp/Non Comp Disbursements: | $12,928.48 |
| Total Internal/Transfer Disbursements: | $464,478.84 | Total Internal/Transfer Disbursements: | $464,478.84 |

Page No: 12       Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-31756-H2-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | LUCKY SOIL INVESTMENT LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***8573 | Checking Acct #: | ******5603 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Segregated Funds |
| For Period Beginning: | 4/4/2016 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 8/12/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $876,716.56 | $876,716.56 | $0.00 |

For the period of **4/4/2016** to **8/12/2020**

| | |
|---|---|
| Total Compensable Receipts: | $876,674.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $876,674.56 |
| Total Internal/Transfer Receipts: | $941,886.16 |
| | |
| Total Compensable Disbursements: | $876,716.56 |
| Total Non-Compensable Disbursements: | $42.00 |
| Total Comp/Non Comp Disbursements: | $876,758.56 |
| Total Internal/Transfer Disbursements: | $941,886.16 |

For the entire history of the case between **08/03/2016** to **8/12/2020**

| | |
|---|---|
| Total Compensable Receipts: | $876,674.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $876,674.56 |
| Total Internal/Transfer Receipts: | $941,886.16 |
| | |
| Total Compensable Disbursements: | $876,716.56 |
| Total Non-Compensable Disbursements: | $42.00 |
| Total Comp/Non Comp Disbursements: | $876,758.56 |
| Total Internal/Transfer Disbursements: | $941,886.16 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS